IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LATOYIN V. DAVIS,
ADC #138224                                                                                      PLAINTIFF

v.                                            1:09CV00045HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                      DEFENDANTS

ORDER

By Order dated September 18, 2009 (DE #7), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it was frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Following submission of his amended complaint, the Court directed issuance of summons and service on defendants Selvey, Holloway, and Mienzer, on October 1, 2009 (DE #12). Plaintiff has now submitted a second amended complaint, adding as defendants Nurse Hunt and Nurse Lafevers (DE #15). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Hunt and Lafevers. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Nurse Hunt and Nurse Lafevers. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE ##9, 15) and summons on defendants Hunt and Lafevers in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of October, 2009.

                                                    _/s/ Henry L. Jones, Jr._____
                                                    United States Magistrate Judge