IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LATOYIN V. DAVIS,
ADC #138224                                                                                          PLAINTIFF

v.                                            1:09CV00045HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                        DEFENDANTS

ORDER

Plaintiff's motion for a declaratory judgment (DE #27) is actually an additional objection to this Court's October 1, 2009 Partial Report and Recommendation, and should be docketed as such.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United States Magistrate Judge