IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LATOYIN V. DAVIS,
ADC #138224                                                                    PLAINTIFF

v.                                          1:09CV00045HLJ

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                         DEFENDANTS

## ORDER

The Court has determined that service is appropriate for the defendant Correctional Medical

Services, Inc. (CMS) (DE #46).  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for defendant Correctional Medical

Services, Inc.  The Clerk of the Court shall prepare summons for the defendant and the United States

Marshal is hereby directed to serve a copy of the complaint and summons on the defendant in care of

Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees

and costs or security therefore.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
United States Magistrate Judge

1