IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE  DIVISION


LATOYIN V. DAVIS,                                                                    PLAINTIFF
ADC #138224


v.                                           1:09CV00045JTK


CORRECTIONAL MEDICAL                                                DEFENDANTS
SERVICES, INC., et al.

ORDER

Defendants shall file responses to plaintiff's motions to compel and for order (Doc. Nos.

103, 105) within ten days of the date of this Order.

IT IS SO ORDERED this 18th day of June, 2010.


_____
UNITED STATES MAGISTRATE JUDGE