IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LATOYIN DAVIS,
ADC #138224                                                                    PLAINTIFF

1:09CV00045JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                         DEFENDANTS

<u>ORDER</u>

The Court has determined that counsel shall be appointed to represent the plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Joi Leonard, 120 East Fourth Street,

Little Rock, AR 72201-2893, 501-377-0425, is hereby appointed to represent plaintiff Latoyin Davis

in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order.

Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and

Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site

(www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw

within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 9th day of July, 2010.

_____
United States Magistrate Judge

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.