IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LATOYIN DAVIS,
ADC #138224                                                                                                    PLAINTIFF

v.                                                    1:09CV00045JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                                     DEFENDANTS

ORDER

By Order dated August 2, 2010, attorney Mark H. Allison was appointed to represent the Plaintiff. Currently pending before this Court are the Defendants' Motions for Summary Judgment (Doc. Nos. 139, 148). Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Motions for Summary Judgment within forty-five (45) days of the date of this Order.

IT IS SO ORDERED this 27th day of August, 2010.

_____
United States Magistrate Judge