**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LATOYIN DAVIS,
ADC #138244                                                                                            PLAINTIFF

1:09-cv-00045-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                             DEFENDANTS

**ORDER**

The motion for reimbursement of out-of-pocket expenses filed by Plaintiffs' appointed counsel (Doc. No. 181) is hereby GRANTED.

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Dover Dixon Horne PLLC, the amount of Six Thousand Three Hundred Seventeen Dollars and Eighty-Six Cents ($6,317.86) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 31st day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1